UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HASKELL DANIEL PORTEE,<br>PAMELA PORTEE,<br><br>             Plaintiffs,<br><br>    vs.<br><br>CLEVELAND CLINIC FOUNDATION Care<br>of CT Corporation System,<br>PETER J EVANS M.D., PHD,<br>NATHAN EVERDING M.D.,<br>JOHN DOE(S) Unknown Employees of The<br>Cleveland Clinic Foundation,<br>JOHN DOE Unknown Resident of Cleveland<br>Clinic Foundation,<br><br>             Defendants. | 1:13-cv-01582-SEB-TAB |

# JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiffs.

IT IS SO ORDERED.

Date: 07/28/2014

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

JOHN DOE
9500 Euclid Avenue
Cleveland, OH 44195

JOHN DOE(S)
9500 Euclid Avenue
Cleveland, OH 44195

Ronald A. Mingus
REMINGER CO. LPA
rmingus@reminger.com

Logan C. Hughes
REMINGER CO., L.P.A.
lhughes@reminger.com

Matthew Schiller
SCHILLER LAW OFFICES, LLC
matt@schillerlawoffices.com